## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF MARYLAND   1:06-M-2316-BPG

07-676-M-01

| UNITED STATES OF AMERICA | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| vs. | S0545965 | 02/18/2006 |
| JOHNSON, DONALD A | MD41 | |
| | DRIVE W/SUSPENDED LIC | **FILED**<br>DEC 27 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| Defendant | | |

**FAILURE TO APPEAR FOR INITIAL APPEARANCE ON JULY 28, 2006.**

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s)

- Collateral in the Amount of $ **APPEARANCE REQUIRED** may be Forfeited in Lieu of Appearance.

Date  7/31/06

_(signature)_
United States Magistrate Judge
JAMES K. BREDAR

### RETURN

| RECEIVED | DATE 12 27 2007 | LOCATION DC District Court |
|---|---|---|

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT*

| | DATE 12 27 2007 | LOCATION DC District Court |
|---|---|---|

Name  Shane Clark   Title  DUSM   District  D/DC
Date  12 27 07   Signature  _(signature)_

07-676-M-01

United States District Court
Violation Notice

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| S 0545965 | Fuhrer, D | K9-7 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 2-19-2006  1110 | 16  30,  (J) |

Place of Offense: VCIE Ft. George G. Meade

Offense Description: Possessing Suspended License

S 0545965

DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Johnson | Donald | A |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female

VEHICLE DESCRIPTION

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS

$ _____ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
|  | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature [signature]

---

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____ 20 ___ while exercising my duties as a
law enforcement officer in the _____ District

_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on _____
   Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
   Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVB Scan 2/10/2006 12:10:17



UNITED STATES DEPARTMENT OF JUSTICE

UNITED STATES MARSHALS SERVICE
DISTRICT OF MARYLAND

07 - 676 - M - 01

TO: Donald A. Johnson                    DATE: August 1, 2006

### NOTICE BEFORE ARREST

Please be advised that the United States Marshals Service has received a warrant issued by a United States Magistrate Judge for your arrest, based upon the following charges:

CHARGE(S):              Drive w/Suspended License
WARRANT NUMBER:         06-2316M (BPG)
DATE WARRANT ISSUED:    July 31, 2006

Pursuant to law, it is the responsibility of the United States Marshals Service to execute this warrant and to arrest and present you before the United States Magistrate Judge. Accordingly, this is a final notice that you may settle this matter by appearing in court, in lieu of being arrested.

If we are not advised by the Clerk's Office within ten (10) days that you have scheduled your appearance, you will be subject to arrest.

Your prompt attention to this matter would be appreciated. Any questions regarding this matter should be directed to the Clerk's Office, U. S. District Court, Baltimore, ATTN: Mr. Cornel Lunkin, at 410-962-2600

Sincerely

*Johnny L. Hughes*

/ J. L. Hughes
United States Marshal

Form USM-174
(Est. 1/24/78)