Rev 1/07

**FILED**

**JAN 18 2008**

Clerk, U.S. District and
Bankruptcy Courts

Clerk's Office
**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

*Return Copy*

U.S. DISTRICT COURT
DISTRICT OF MARY[LAND]

JAN 14 2008

CLERK'S OFFICE
AT BALTIMORE

Date: 01/11/08

Address of Other Court:  USDC District of Maryland
Baltimore Division *Criminal Division*
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, MD 21201

RE: CR 07-MJ-676,    *USA v. Johnson*

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above-named defendant:

| | | | |
|---|---|---|---|
| ☑ | Docket Sheet | ☐ | Warrant of Removal |
| ☐ | Complaint | ☐ | Order of Removal |
| ☐ | Minute Order Appointing Counsel | ☐ | Detention Order |
| ☐ | Corporate Surety Bond | ☑ | Waiver of Removal |
| ☐ | Personal Surety Bond | | |
| ☑ | Other: Blotters filed on 12/27/07 and 01/04/08 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk